UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00166

**Jerrimy Barnes,**
*Plaintiff,*

v.

**Longview Police Department et al.,**
*Defendants.*

# ORDER

Plaintiff Jerrimy Barnes, a former inmate of the Gregg County Jail proceeding pro se, filed a civil-rights lawsuit under 42 U.S.C. § 1983. The case was referred this case to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On August 30, 2022, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to the plaintiff's failure to comply with the court's order to file an amended complaint. Doc. 6. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case without prejudice.

*So ordered by the court on October 31, 2022.*

J. CAMPBELL BARKER
United States District Judge